McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>               Plaintiff,            )<br>                                     )<br>          v.                         )<br>                                     )<br> REAL PROPERTY LOCATED AT 955 DIXIE  )<br> COURT, FARMERSVILLE, TULARE         )<br> COUNTY, CALIFORNIA, APN: 130-190-017,)<br> INCLUDING ALL APPURTENANCES AND     )<br> IMPROVEMENTS THERETO,               )<br>                                     )<br>               Defendant.            )<br>_____) | 1:08-CV-00923-AWI-DLB<br><br>STIPULATION AND ORDER<br>STAYING ACTION |

   It is hereby stipulated by and between plaintiff United States of America through their undersigned attorney and Claimants Martha Chaparro and Reyes Chaparro Flores through their undersigned attorney, for the above-entitled forfeiture action, as follows:

   1.   Claimant Reyes Chaparro Flores is presently facing federal criminal charges in the Eastern District of California, *United States v. Eustorgio Flores, et al.*, 1:08-CR-00124 AWI, allegedly relating to transactions or events which form the basis for these civil forfeiture actions;

   2.   The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Reyes Chaparro Flores' right against self-incrimination in the related federal criminal case;

   3.   Publication of the civil forfeiture action has been completed and to date only Martha

1

Chaparro and Reyes Chaparro Flores, have filed claims and answers, or otherwise appeared in this action.

THEREFORE, the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), these actions shall be stayed pending the conclusion of the federal criminal action presently pending against Reyes Chaparro Flores in the Eastern District of California.

IT IS SO STIPULATED.

Dated: September 29, 2008

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Stephanie Hamilton Borchers
    STEPHANIE HAMILTON BORCHERS
    Assistant United States Attorney

Dated: 9/29/08

    /s/ Larry M. Lee
    LARRY M. LEE
    Attorney for Claimants
    Martha Chaparro and Reyes Chaparro Flores

    (original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

**Dated:   October 1, 2008**          /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE