```
BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 955 DIXIE COURT, FARMERSVILLE, TULARE COUNTY, CALIFORNIA, APN: 130-190-017, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 1:08-CV-00923-AWI-GSA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON: CERTIFICATE OF REASONABLE CAUSE** |

Plaintiff United States of America and Claimants Martha de Chaparro and Reyes Chaparro, appearing through their undersigned counsel, hereby agree and stipulate as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the defendant real property captioned above and for the commencement and prosecution of this forfeiture action, and the Court may enter a

///

///

///

Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: October 22, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

/s/ Larry M. Lee
LARRY M. LEE
Attorney for Claimants
Martha de Chaparro and Reyes Chaparro

(original signature retained by attorney)

**IT IS SO ORDERED**.

Dated: October 22, 2010

/s/ OLIVERW. WANGER
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed June 30, 2008, and the Stipulation For Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: October 22, 2010

/s/ OLIVERW. WANGER
United States District Judge